JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AND MOISES MONDRAGON, | Case No. EDCV 09-01000 VAP (CWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| US BANK, NA., etc., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Lime Financial Services, LTD.

The Court orders that such judgment be entered.

Dated: June 17, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge